UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| In Re: Ahamed Ali<br>Benita Ali | Case No.: 13-24865<br>Judge: GMH<br>Chapter: Chapter 13 |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

The Debtors, through Geraci Law, LLC, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:
File with the court a written request for hearing which shall contain a short an plain statement of factual and legal basis for the objection. File your written request at:

1.  Clerk, U.S. Bankruptcy Court
    517 East Wisconsin Avenue, Room 126
    Milwaukee, WI 53202-4581

and provide copies to

United States Trustee  
Eastern District of Wisconsin  
517 East Wisconsin Avenue, Room 430  
Milwaukee, WI 53202

Mary B. Grossman  
Chapter 13 Trustee  
P.O. Box 510920  
Milwaukee, WI 53203

Geraci Law, LLC  
Andrew Mark Golanowski  
2505 N. Mayfair Rd. #101  
Wauwatosa, WI 53226

Ahamed Ali  
Benita Ali  
3225 55th Ct. Unit 84  
Kenosha, WI 53144

in time for its receipt by the above deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order modifying the Plan.

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponents of this modification are the Debtors.
2. This is a request to modify a Chapter 13 Plan:

   a. __X__ post-confirmation
   b. ____ pre-confirmation
      i. Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
      ii. Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:
3. The Proponent wishes to modify the Chapter 13 Plan to do the following: account for the application for compensation on file.

4. The reason(s) for the modification is/are: see above.

5. Select A or B:
   
   A. __X__ The confirmed Chapter 13 Plan is modified as follows: Geraci Law, LLC shall receive an additional $342.50 in attorney fees through the Plan. Allowed general unsecured claims shall receive a pro rata share of not less than $1,269.50.

   B. ____ The unconfirmed Chapter 13 Plan is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the even of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. I/We, _____, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

    _____          _____
    Debtor                          Date


    _____          _____
    Debtor                          Date

OR

2. I, Andrew Golanowski, attorney for the debtor(s), certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Thursday, July 16, 2015.

                                                                                      By: */s/ Andrew Mark Golanowski*
                                                                                          Andrew Mark Golanowski
                                                                                          Attorney for Debtor
                                                                                         Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

|  | Case No.: | 13-24865 |
|---|---|---|
|  | **Judge:** | **GMH** |
|  | **Chapter:** | **Chapter 13** |

**In Re: Ahamed Ali**
      **Benita Ali**

### CERTIFICATE OF SERVICE

      The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Thursday, July 16, 2015:

Ahamed Ali                      **SEE ATTACHED LIST**
Benita Ali
3225 55th Ct. Unit 84
Kenosha, WI 53144


      Additionally, the documents referenced above were also served via electronic means on the following individuals on Thursday, July 16, 2015:

| United States Trustee | Mary B. Grossman |
|---|---|
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |


Dated this Thursday, July 16, 2015.

                                              By:   _/s/ Andrew Mark Golanowski_____
                                                        Andrew Mark Golanowski
                                                        Attorney of the Debtor
                                                        Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 13-24865-gmh<br>Eastern District of Wisconsin<br>Milwaukee<br>Thu Jul 16 12:54:40 CDT 2015 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 |
| ADT Security Services<br>C/O Equinox Financial MGMT<br>Po Box 455<br>Park Ridge, IL 60068-0455 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Aurora Medical Center<br>Bankruptcy<br>PO Box 341457<br>Milwaukee, WI 53234-1457 | Bruck Law Offices, SC<br>2011SC007694<br>322 E. Michigan St., 6th fl.<br>Milwaukee, WI 53202-5012 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| CP-SRMOF II 2012-A TRUST<br>c/o Selene Finance<br>9990 Richmond Avenue, Suite 400<br>Houston, TX 77042-4546 | Capital One<br>Attn: Bankruptcy Dept.<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Children's Hospital of Wiscons<br>Attn: Bankruptcy Dept.<br>9000 W. Wisconsin Ave.<br>Milwaukee, WI 53226-4874 |
| Dental Associates<br>11711 W Burleigh ST<br>Wauwatosa, WI 53222-3196 | Department of Workforce Dev.<br>Unemployment Insurance<br>PO Box 7888<br>Madison, WI 53707-7888 | Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen, TX 75013-2002 | GM Financial<br>Attn: Bankruptcy Dept.<br>Po Box 181145<br>Arlington, TX 76096-1145 | Gray & Associates<br>2012CV001233<br>16345 West Glendale Dr.<br>New Berlin, WI 53151-2841 |
| Hemmer Law Office<br>2003SC000441<br>633 W. Wisconsin Avenue, #1305<br>Milwaukee, WI 53203-1907 | Heuer Law Offices<br>Bankruptcy Dept<br>9312 W National Ave<br>West Allis, WI 53227-1542 | IRS Priority Debt<br>Attn: Bankruptcy Dept.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kenosha County Circuit Court<br>2012CV001233<br>912 56th Street<br>Kenosha, WI 53140-3736 | Kenosha County Circuit Court<br>2012UC000118<br>912 56th Street<br>Kenosha, WI 53140-3736 | Kenosha County Circuit Court<br>2013SC0752<br>912 56th Street<br>Kenosha, WI 53140-3736 |
| Kohls/Capone<br>Attn: Bankruptcy Dept.<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | MHFS<br>Attn: Bankruptcy Dept.<br>10200 W Innovation Dr St<br>Milwaukee, WI 53226-4826 | Milwaukee County Circuit Court<br>2011SC007694<br>901 N. 9th ST.<br>Milwaukee, WI 53233-1425 |

| | | |
|---|---|---|
| Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Oliver Adjustment Co.<br>Bankruptcy Dept.<br>3416 Roosevelt Rd<br>Kenosha, WI 53142-3937 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Selene Finance/Flagstar<br>Attn: Bankruptcy Dept.<br>PO Box 421639<br>Houston, TX 77242-1639 | State Collection Service<br>Attn: Bankruptcy Dept.<br>2509 S Stoughton Rd<br>Madison, WI 53716-3314 | State of Wisconsin<br>DWD - Unemployment Insurance<br>P.O. Box 7888<br>Madison, WI 53707-7888 |
| Stone Creek Condo Association<br>Attn: Bankruptcy Dept.<br>3119 55th Court<br>Kenosha, WI 53144-4632 | TD BANK USA, N.A.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>Attn: Bankruptcy Dept.<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester, PA 19016-1000 | United Hospital System, Inc<br>Olive Adjustment Co<br>of Kenosha & Racine<br>3416 Roosevelt Road<br>Kenosha, WI 53142-3937 | Wisconsin Department of Revenue<br>Attn: Special Procedures, MS 4-SPU<br>PO BOX 8901<br>Madison WI 53708-8901 |